IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                :    CASE NO. : 18-20766-JAD
CHERY A. BACH                                   :
fka CHERYL A. HANYCH                            :    CHAPTER 13
            DEBTOR                              :
_____                    :    Doc. # 10
CHERYL A. BACH                                  :
            MOVANT                              :
VS.                                             :
                                                :
NO RESPONDENTS                                  :

### ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES AND CHAPTER 13 PLAN

AND NOW, this ____16th____ day of ____March____, 2018, upon the Motion of the above named Debtor, praying for an extension of time within which to file her completed Chapter 13 Bankruptcy Schedules and Chapter 13 Plan, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

ORDERED, ADJUDGED and DECREED that the time for the Debtor, Cheryl A. Bach, to file her completed Chapter 13 Bankruptcy Schedules and Chapter 13 Plan be and is hereby extended to and including March 29, 2018.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

FILED
3/16/18 11:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc: Michael C. Eisen

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-20766-JAD
Cheryl A. Bach                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: lfin              Page 1 of 1           Date Rcvd: Mar 16, 2018
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2018.
db             +Cheryl A. Bach,    5836 Shirley Drive,    Bethel Park, PA 15102-3314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A. FKA
               The Bank of New York Trust Company N.A. successor in interest to JPMorgan Chase Bank, N.A. as
               Trustee for the Residential Asset Mortgage Products, I bkgroup@kmllawgroup.com
              Michael C. Eisen    on behalf of Debtor Cheryl A. Bach attorneyeisen@yahoo.com,
               aarin96@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4