IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 18-20766-JAD |
| CHERYL A BACH | : | |
| | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | |

PROOF OF INCOME

Filed on behalf of:
Cheryl A. Bach

Counsel of Record:

Michael C. Eisen
PA ID # 74523
M. Eisen & Associates, P.C.
6200 Babcock Blvd
Pittsburgh, PA 15237
412-367-9005
attorneyeisen@yahoo.com



| EMPLOYEE NO | DEPARTMENT | EMPLOYEE NAME | SOCIAL SECURITY NO | PERIOD END | ADVICE NO. |
|---|---|---|---|---|---|
| | | Cheryl A. Bach | XXX-XX-7834 | 03/09/2018 | 400930 |

| EARNINGS | HRS/UNITS | CURRENT AMT. | YEAR TO DATE | DEDUCTIONS | CURRENT AMT. | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 80.00 | 1,831.10 | 9,407.28 | Federal Regular Medicare Tax | 24.78 | 154.53 |
| Holiday | | | 732.44 | Bethel Park BO, Bethel Park SD Regul | 23.92 | 149.17 |
| Sick | | | 457.78 | Federal Regular Social Security Tax | 105.94 | 660.70 |
| Bonus | | | 400.00 | AD&D Supplemental Ded - EE | 3.69 | 18.45 |
| Personal Time | | | 183.11 | Dental Coverage Ded - EE | 4.13 | 24.78 |
| Vacation | | | 183.11 | Federal Supplemental Income Tax | | 100.00 |
| Reg-Other Pay | | | 22.89 | Federal Regular Income Tax | 188.46 | 1,289.87 |
| | | | | HSA | 57.69 | 346.14 |
| | | | | Medical DD | 54.00 | 324.00 |
| | | | | Pennsylvania Regular IT | 52.46 | 314.87 |
| | | | | Pennsylvania Supplemental IT | | 12.28 |
| | | | | Pennsylvania Unemployment Insurance | 1.10 | 6.84 |
| | | | | Pittsburgh CT, Pittsburgh SD (NR) LST | 2.00 | 12.00 |
| | | | | Student Loan Garn Dedictopm Employe | | 1,084.18 |
| | | | | Unum Accident Employee Deduction | 3.62 | 18.10 |

| PAY RATE | CURRENT EARNINGS | CURRENT DED. | NET PAY | YTD EARNINGS | YTD DED. | YTD NET PAY |
|---|---|---|---|---|---|---|
| 1,831.10 | 1,831.10 | 524.58 | 1,306.52 | 11,386.61 | 4,532.66 | 6,853.95 |

| Vacation | 25.34 | Sick | 20.00 | Personal | 8.00 |
|---|---|---|---|---|---|

REMOVE DOCUMENT ALONG THIS PERFORATION

**THIS IS NOT A CHECK**

Career Systems Development Corporation
An OWL Company
75 Thruway Park Drive, Suite 100
West Henrietta, NY 14586
(585) 334-8080

| ADVICE NO | 400930 |
|---|---|
| DATE | AMOUNT |
| 03/16/2018 | 1,306.52 |

PAY ONE THOUSAND THREE HUNDRED SIX AND 52/100 DOLLARS

Bank Account No./Payment Amount
XXXXX2040 1,306.52

TO THE ORDER OF
Cheryl A. Bach
5836 Shirley Drive
Bethel Park, PA 15102

NON-NEGOTIABLE
DIRECT DEPOSIT
ONLY

| EMPLOYEE NO | DEPARTMENT | EMPLOYEE NAME | SOCIAL SECURITY NO | PERIOD END | ADVICE NO. |
|---|---|---|---|---|---|
| | | Cheryl A. Bach | XXX-XX-7854 | 02/23/2018 | 405601 |

| EARNINGS | HRS/UNITS | CURRENT AMT. | YEAR TO DATE | DEDUCTIONS | CURRENT AMT. | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 68.00 | 1,556.44 | 7,576.18 | Federal Regular Medicare Tax | 24.78 | 129.75 |
| Holiday | 8.00 | 183.11 | 732.44 | Bethel Park BO, Bethel Park SD Regul | 23.92 | 125.25 |
| Sick | 4.00 | 91.56 | 457.78 | Federal Regular Social Security Tax | 105.95 | 554.76 |
| Bonus | | | 400.00 | AD&D Supplemental Ded - EE | 3.69 | 14.76 |
| Personal Time | | | 183.11 | Dental Coverage Ded - EE | 4.13 | 20.65 |
| Vacation | | | 183.11 | Federal Supplemental Income Tax | | 100.00 |
| Reg-Other Pay | | | 22.89 | Federal Regular Income Tax | 188.46 | 1,101.41 |
| | | | | HSA | 57.69 | 288.45 |
| | | | | Medical DD | 54.00 | 270.00 |
| | | | | Pennsylvania Regular IT | 52.46 | 262.41 |
| | | | | Pennsylvania Supplemental IT | | 12.28 |
| | | | | Pennsylvania Unemployment Insurance | 1.10 | 5.74 |
| | | | | Pittsburgh CT, Pittsburgh SD (NR) LST | 2.00 | 10.00 |
| | | | | Student Loan Garn Dedictopn Employe | 214.87 | 1,084.18 |
| | | | | Unum Accident Employee Deduction | 3.62 | 14.48 |

| PAY RATE | CURRENT EARNINGS | CURRENT DED. | NET PAY | YTD EARNINGS | YTD DED. | YTD NET PAY |
|---|---|---|---|---|---|---|
| 1,831.10 | 1,831.11 | 739.46 | 1,091.65 | 9,555.51 | 4,008.08 | 5,547.43 |

| Vacation | 18.67 | Sick | 20.00 | Personal | 8.00 |
|---|---|---|---|---|---|

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS IS NOT A CHECK

**Career Systems Development Corporation**
An OWL Company
75 Thruway Park Drive, Suite 100
West Henrietta, NY 14586
(585) 334-8080

ADVICE NO 405601

DATE 03/02/2018

AMOUNT 1,091.65

PAY ONE THOUSAND NINETY-ONE AND 65 / 100 DOLLARS

Bank Account No./Payment Amount
XXXXX2040 1,091.65

TO THE ORDER OF
Cheryl A. Bach
5836 Shirley Drive
Bethel Park, PA 15102

NON-NEGOTIABLE
DIRECT DEPOSIT
ONLY

| EMPLOYEE NO | DEPARTMENT | EMPLOYEE NAME | SOCIAL SECURITY NO | PERIOD END | ADVICE NO. |
|---|---|---|---|---|---|
| | | Cheryl A. Bach | XXX-XX-7854 | 02/09/2018 | 404247 |

| EARNINGS | HRS/UNITS | CURRENT AMT. | YEAR TO DATE | DEDUCTIONS | CURRENT AMT. | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 72.00 | 1,647.99 | 6,019.74 | Federal Regular Medicare Tax | 24.78 | 104.97 |
| Holiday | | | 549.33 | Bethel Park BO, Bethel Park SD Regula | 23.92 | 101.33 |
| Bonus | | | 400.00 | AD&D Supplemental Ded - EE | 3.69 | 11.07 |
| Sick | | | 366.22 | Federal Regular Social Security Tax | 105.95 | 448.81 |
| Personal Time | 8.00 | 183.11 | 183.11 | Dental Coverage Ded - EE | 4.13 | 16.52 |
| Vacation | | | 183.11 | Federal Supplemental Income Tax | | 100.00 |
| Reg-Other Pay | | | 22.89 | Federal Regular Income Tax | 188.46 | 912.95 |
| | | | | HSA | 57.69 | 230.76 |
| | | | | Medical DD | 54.00 | 216.00 |
| | | | | Pennsylvania Regular IT | 52.46 | 209.95 |
| | | | | Pennsylvania Supplemental IT | | 12.28 |
| | | | | Pennsylvania Unemployment Insurance | 1.10 | 4.64 |
| | | | | Pittsburgh CT, Pittsburgh SD (NR) LST | 2.00 | 8.00 |
| | | | | Student Loan Garn Dedictopm Employe | 214.86 | 869.31 |
| | | | | Unum Accident Employee Deduction | 3.62 | 10.86 |

| PAY RATE | CURRENT EARNINGS | CURRENT DED. | NET PAY | YTD EARNINGS | YTD DED. | YTD NET PAY |
|---|---|---|---|---|---|---|
| 1,831.10 | 1,831.10 | 739.45 | 1,091.65 | 7,724.40 | 3,268.62 | 4,455.78 |

| Vacation | 18.67 | Sick | 24.00 | Personal | 8.00 |
|---|---|---|---|---|---|

REMOVE DOCUMENT ALONG THIS PERFORATION

**THIS IS NOT A CHECK**

CSD

Career Systems Development Corporation
An OWL Company
75 Thruway Park Drive, Suite 10D
West Henrietta, NY 14586
(585) 334-8080

ADVICE NO 404247

| DATE | AMOUNT |
|---|---|
| 02/16/2018 | 1,091.65 |

PAY ONE THOUSAND NINETY-ONE AND 65 / 100 DOLLARS

Bank Account No./Payment Amount
XXXXX2040 1,091.65

TO THE ORDER OF Cheryl A. Bach

DIRECT DEPOSIT ONLY



| EMPLOYEE NO | DEPARTMENT | EMPLOYEE NAME | SOCIAL SECURITY NO | PERIOD END | ADVICE NO. |
|---|---|---|---|---|---|
| | | Cheryl A. Bach | XXX-XX-7634 | 01/26/2018 | 402630 |

| EARNINGS | HRS/UNITS | CURRENT AMT. | YEAR TO DATE | DEDUCTIONS | CURRENT AMT. | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 72.00 | 1,647.99 | 4,371.75 | Dental Coverage Ded - EE | 4.13 | 12.39 |
| Holiday | 8.00 | 183.11 | 549.33 | AD&D Supplemental Ded - EE | 3.69 | 7.38 |
| Sick | | | 366.22 | Federal Regular Income Tax | 241.19 | 724.49 |
| Vacation | | | 183.11 | Federal Regular Medicare Tax | 24.78 | 74.39 |
| Reg-Other Pay | | | 22.89 | Bethel Park BO, Bethel Park SD Regula | 23.92 | 71.81 |
| | | | | Federal Regular Social Security Tax | 105.94 | 318.06 |
| | | | | HSA | 57.69 | 173.07 |
| | | | | Medical DD | 54.00 | 162.00 |
| | | | | Pennsylvania Regular IT | 52.46 | 157.49 |
| | | | | Pennsylvania Unemployment Insurance | 1.10 | 3.30 |
| | | | | Pittsburgh CT, Pittsburgh SD (NR) LST | 2.00 | 6.00 |
| | | | | Student Loan Garn Dedictopm Employe | 206.96 | 620.67 |
| | | | | Unum Accident Employee Deduction | 3.62 | 7.24 |
| | | | | Vision Coverage Ded - EE | 2.79 | 8.38 |

| PAY RATE | CURRENT EARNINGS | CURRENT DED. | NET PAY | YTD EARNINGS | YTD DED. | YTD NET PAY |
|---|---|---|---|---|---|---|
| 1,831.10 | 1,831.10 | 784.27 | 1,046.83 | 5,493.30 | 2,346.67 | 3,146.63 |

| Vacation | 12.00 | Sick | 24.00 | Personal | 16.00 |
|---|---|---|---|---|---|

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS IS NOT A CHECK

Career Systems Development Corporation
An OWL Company
75 Thruway Park Drive, Suite 100
West Henrietta, NY 14586
(585) 334-8080

| ADVICE NO | |
|---|---|
| DATE | AMOUNT |
| 02/02/2018 | 1,046.83 |

PAY ONE THOUSAND FORTY-SIX AND 83 / 100 DOLLARS

Bank Account No./Payment Amount
XXXXX2040 1,046.83

TO THE ORDER OF: Cheryl A. Bach
5836 Shirley Drive

ONLY