IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No. 18-20766-JAD |
| Cheryl A. Bach | : | |
| f/k/a Cheryl A. Hanych | : | |
|     Debtor | : | Chapter 13 |
| _____ | : | |
| Cheryl A. Bach | : | |
|     Movant | : | Related to Docket No. 25 |
| vs. | : | |
| | : | |
| Bank of America N.A. | : | |
|     Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR LOSS MITIGATION DOCKET NO. 25

    The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Motion for Loss Mitigation filed on April 18, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Loss Mitigation appears thereon. Pursuant to the docket, objections to the Motion for Loss Mitigation were to be filed and served no later than May 2, 2018.

    It is hereby requested that the Order attached to the Motion for Loss Mitigation be entered by the Court.

Dated: May 3, 2018        By: /s/ Michael C. Eisen
                                          Michael C. Eisen, Esquire
                                          M. EISEN & ASSOCIATES, P.C.
                                          6200 Babcock Boulevard
                                          Pittsburgh, PA 15237
                                          412-367-6005
                                          PA ID# 74523
                                          attorneyeisen@yahoo.com