IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No. 18-20766-JAD |
| Cheryl A. Bach | : | |
| f/k/a Cheryl A. Hanych | : | |
| Debtor | : | Chapter 13 |
| _____ | : | |
| Cheryl A. Bach | : | Related to Docket No. 27 |
| Movant | : | |
| vs. | : | |
| | : | |
| Bank of America N.A. | : | |
| Respondent | : | |

### CERTIFICATE OF SERVICE FOR THE LOSS MITIGATION ORDER

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) May 4, 2018

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: ELECTRONIC NOTIFICATION AND FIRST CLASS MAIL

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Office of the U.S. Trustee
Ste 970, Liberty Center
1001 Liberty Ave
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
Via electronic notification

Ronda J. Winnecour, Esq.
Ste 3250, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
Via electronic notification

Cheryl Bach
5836 Shirley Drive
Bethel Park, PA 15102
Via first class mail

Bank of America N.A.
Attn: Loss Mitigation Dept
7105 Corporate Drive
Plano, TX 75024
Via first class mail

James C. Warmbrodt, Esq.
KML Law Group P.C.
701 Market Street, Ste 5000
Philadelphia, PA 19106
jwarmbrodt@kmllawgroup.com
Via electronic notification

                By:    /s/ Michael C. Eisen
                       Michael C. Eisen, Esquire
                       PA ID #74523
                       M. EISEN & ASSOCIATES, P.C.
                       6200 Babcock Blvd
                       Pittsburgh, PA  15237
                       412-367-9005
                       attorneyeisen@yahoo.com