IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| : | Case No. 18-20766-JAD |
| Cheryl A. Bach : | |
| f/k/a Cheryl A. Hanych : | |
| Debtor : | Chapter 13 |
| : | |
| Cheryl A. Bach : | Doc. # 25 |
| Movant : | |
| vs. : | |
| : | |
| Bank of America N.A. : | |
| Respondent : | |

## LOSS MITIGATION ORDER

A *Motion for Loss Mitigation* was filed by Cheryl A. Bach on April 18, 2018. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

*AND NOW*, this  3rd   day of   May    , 2018, it is hereby **ORDERED** that:

(1) The following parties are directed to participate in the Court's *Loss Mitigation Program* **(LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

        Debtors:     Cheryl A. Bach

        Creditor:     Bank of America N.A.

(2) *During the Loss Mitigation Period*, the Debtors shall make (or cause to be made) adequate protection payments in the amount of $801.00 per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3) *Within fourteen (14) days from the entry of this Order*, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4) *Within seven (7) days from the entry of this Order* or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5) *Within fourteen (14) days of the debtor's submission of the Core LMP Package*, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6) *Within sixty (60) days from the entry of this Order*, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7) *Ninety (90) days from the entry of this Order,* the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)    *Within seven (7) days of the termination of the Loss Mitigation Period*, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)    Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

_____ jsf
United States Bankruptcy Judge

FILED
5/3/18 4:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Cheryl A. Bach  
    Debtor

Case No. 18-20766-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　User: lfin　　Page 1 of 1　　Date Rcvd: May 03, 2018  
　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2018.  
db　　　　+Cheryl A. Bach,　　5836 Shirley Drive,　　Bethel Park, PA 15102-3314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2018　　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2018 at the address(es) listed below:  
    James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A. FKA The Bank of New York Trust Company N.A. successor in interest to JPMorgan Chase Bank, N.A. as Trustee for the Residential Asset Mortgage Products, I bkgroup@kmllawgroup.com  
    Michael C. Eisen    on behalf of Debtor Cheryl A. Bach attorneyeisen@yahoo.com, aarin96@hotmail.com  
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
    S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5