Certificate Number: 17572-PAW-DE-031155909

Bankruptcy Case Number: 18-20766



17572-PAW-DE-031155909

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 8, 2018, at 6:46 o'clock PM PDT, Cheryl A Bach completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 8, 2018                    By:    /s/Judy Alexander

                                        Name:  Judy Alexander

                                        Title: Counselor