IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No. 18-20766-JAD |
| Cheryl A. Back | : | |
| f/k/a Cheryl A. Hanych | : | |
|     Debtor | : | Chapter 13 |
| _____ | : | |
| Cheryl A. Bach | : | Related to Docket No. 38 |
|     Movant | : | |
| vs. | : | |
| | : | |
| Bank of America N.A. | : | |
|     Respondent | : | |

**CERTIFICATE OF SERVICE OF THE INTERIM MORTGAGE MODIFICATION ORDER**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) JULY 3, 2018

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: ELECTRONIC NOTIFICATION AND FIRST CLASS MAIL

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Office of the U.S. Trustee
Ste 970, Liberty Center
1001 Liberty Ave
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
Via electronic notification

Ronda J. Winnecour, Esq.
Ste 3250, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
LMP@chapter13trusteewdpa.com
Via electronic notification

Cheryl A. Bach
5836 Shirley Drive
Bethel Park, PA 15102
Via First Class Mail

Bank of America N.A.
Attn: Maria Uribe
16001 N. Dallas Parkway
Harrisburg, PA 17101
Via first class mail

James Warmbrodt, Esq.
KML Law Group PC
701 Market Street, Ste 5000
Harrisburg, PA 17102
Via first class mail

                By:      /s/ Michael C. Eisen
                           Michael C. Eisen, Esquire
                           PA ID #74523
                           M. EISEN & ASSOCIATES, P.C.
                           6200 Babcock Blvd
                           Pittsburgh, PA 15237
                           412-367-9005
                           attorneyeisen@yahoo.com