IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  CHERYL A. BACH | : | Bankruptcy No. 18-20766-JAD |
|     fka CHERYL A. HANYCH | : | |
|        Debtor(s) | : | |
| | : | Chapter 13 |
| CHERYL A. BACH | : | |
| Movant (s) | : | |
| | : | Related to Document No. 46 |
|         v. | : | |
| | : | |
| CAREER SYSTEMS DEVELOPMENT CORPORATION | : | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE OF NOTIFICATION OF DEBTOR'S
SOCIAL SECURITY NUMBER AND ORDER GRANTING AMENDED WAGE ATTACHMENT**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) JULY 16, 2018

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: FIRST CLASS MAIL

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Career Systems Development Corporation
Attn: Payroll Manager
75 Thruway Park Drive, Ste 100
West Henrietta, NY 14586

                                           By:  /s/ Michael C. Eisen
                                                  Michael C. Eisen, Esquire
                                                  PA ID #74523
                                                  M. EISEN & ASSOCIATES, P.C.
                                                  6200 Babcock Blvd
                                                  Pittsburgh, PA  15237
                                                  412-367-9005
                                                  attorneyeisen@yahoo.com