# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | CHERYL A. BACH | | |
| **Case Number:** | 18-20766-JAD | **Chapter:** 13 | |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 13, 2018 09:30 AM   3251 US STEEL | | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

FILED
9/18/18 9:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#15 - Final Confirmation of Plan Dated  3/29/2018 (NFC)
R / M #:  15 / 0

### *Appearances:*

Eisen

Debtor:
Trustee: Winnecour / (Pail) Katz / DeSimone

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 1/10/19 at 10:30.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/7/2018    8:40:00AM