IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO: 18-20766-JAD |
| Cheryl A. Bach | : | |
| f/k/a Cheryl A. Hanych | : | |
|        Debtor | : | CHAPTER 13 |
| _____ | : | |
| Cheryl A. Bach | : | |
|        Movant | : | Related to Docket No. 50 |
| | : | |
|    vs. | : | |
| | : | |
| Bank of America N.A. | : | |
|        Respondents | : | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO EXTEND THE LOSS MITIGATION PERIOD**
**DOCKET NO. 50**

      The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend the Loss Mitigation Period filed on October 15, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Extend the Loss Mitigation Period appears thereon. Pursuant to the docket, objections to the Motion to Extend the Loss Mitigation Period were to be filed and served no later than October 24, 2018.

      It is hereby requested that the Order attached to the Motion to Extend the Loss Mitigation Period be entered by the Court.


Dated: July 28, 2014                        By: /s/ Michael C. Eisen
                                                  Michael C. Eisen, Esquire
                                                  M. EISEN & ASSOCIATES, P.C.
                                                  6200 Babcock Boulevard
                                                  Pittsburgh, PA 15237
                                                  412-367-6005
                                                  PA ID# 74523
                                                  attorneyeisen@yahoo.com