IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-20766-JAD |
| Cheryl A. Bach | : | |
| f/k/a Cheryl A. Hanych | : | Chapter 13 |
|    Debtor | : | |
| | : | |
| Cheryl A. Bach | : | Related to Document No. 27 |
| | : | |
|    Movants | : | Doc. # 50 |
| | : | |
| v. | : | |
| Bank of America N.A. | : | |
|    Respondent | : | |

## ORDER

A *Loss Mitigation Order* dated May 3, 2018 was entered in the above matter at Document No. 27. On October 15, 2018, a **Motion to Extend the Loss Mitigation Program** was filed by Cheryl A. Bach at Document No. 50.

*AND NOW*, this  30th  day of  October , 2018, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation program in this case is *extended up to and including*  December 14 , *2018*.

_____ jsf
United States Bankruptcy Judge

FILED
10/30/18 10:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 43 (04/14)                                                                                          Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Cheryl A. Bach  
     Debtor

Case No. 18-20766-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 1      Date Rcvd: Oct 30, 2018  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2018.  
db          +Cheryl A. Bach,   5836 Shirley Drive,   Bethel Park, PA 15102-3314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2018 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A. FKA The Bank of New York Trust Company N.A. successor in interest to JPMorgan Chase Bank, N.A. as Trustee for the Residential Asset Mortgage Products, I bkgroup@kmllawgroup.com  
         Michael C. Eisen    on behalf of Debtor Cheryl A. Bach attorneyeisen@yahoo.com, aarin96@hotmail.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                        TOTAL: 5