# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

**Debtor:** CHERYL A. BACH
**Case Number:** 18-20766-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 10, 2019 10:30 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
1/14/19 1:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Matter:*

#15 - Continued Confirmation of Plan Dated 3/29/2018 (NFC)
R / M #:  15 / 0

## *Appearances:*

Eisen

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ , effective _____ .
7. __X__ Plan/Motion continued to __7/25/19__ at __10:00__ .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____ .
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____ .

9. _____ Contested Hearing: _____ at _____ .
10. _____ Other:

1/4/2019    3:57:16PM