IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

| | |
|---|---|
| In Re:<br>Cheryl A. Bach<br>f/k/a Cheryl A. Hanych<br>    Debtor | Bankruptcy No. 18-20766-JAD |
| Cheryl A. Bach | Chapter 13 |
|     Movants | Related to Document Nos. 58, 52, 27 |
| v. | |
| Bank of America N.A.<br>    Respondent | |

### ORDER

A *Loss Mitigation Order* dated May 3, 2018 was entered in the above matter at Document No. 27. On January 28, 2019, a **Third Motion to Extend the Loss Mitigation Program** was filed by Cheryl A. Bach at Document No. 58.

**AND NOW**, this <u>**8th**</u> day of <u>*February*</u>, **2019**, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation program in this case is *extended up to and including* <u>March 11, 2019</u>.

_____
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Cheryl A. Bach
    Michael C. Eisen, Esquire
    James C. Warmbrodt, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
2/8/19 9:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 43 (04/14)

Page 1 of 1

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 18-20766-JAD
Cheryl A. Bach                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: lfin                   Page 1 of 1           Date Rcvd: Feb 08, 2019
                              Form ID: pdf900              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2019.
db             +Cheryl A. Bach,    5836 Shirley Drive,    Bethel Park, PA 15102-3314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A. FKA
               The Bank of New York Trust Company N.A. successor in interest to JPMorgan Chase Bank, N.A. as
               Trustee for the Residential Asset Mortgage Products, I bkgroup@kmllawgroup.com
              Michael C. Eisen    on behalf of Debtor Cheryl A. Bach attorneyeisen@yahoo.com,
               aarin96@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5