IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Cheryl A. Bach<br>f/k/a Cheryl A. Hanych<br>    Debtor | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 18-20766-JAD |
| Cheryl A. Bach<br><br>    Movants<br><br>v.<br>Bank of America N.A.<br>    Respondent | Chapter 13<br><br>Related to Doc. No. 27 |

### ORDER

A *Loss Mitigation Order* dated May 3, 2018, was entered in the above matter at Document No. 27. On March 11, 2019, a **Fourth Motion to Extend the Loss Mitigation Program** was filed by Cheryl A. Bach at Document No. 61.

*AND NOW*, this 21st day of March, 2019, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation program in this case is *extended up to and including April 22, 2019*.

                                                           *[signature]* mas
                                             Jeffery A. Deller
                                             United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Cheryl A. Bach
    Michael C. Eisen, Esquire
    James C. Warmbrodt, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
3/21/19 9:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 18-20766-JAD
Cheryl A. Bach                                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: lfin              Page 1 of 1              Date Rcvd: Mar 21, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2019.
db             +Cheryl A. Bach,    5836 Shirley Drive,    Bethel Park, PA 15102-3314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A. FKA
               The Bank of New York Trust Company N.A. successor in interest to JPMorgan Chase Bank, N.A. as
               Trustee for the Residential Asset Mortgage Products, I bkgroup@kmllawgroup.com
              Michael C. Eisen    on behalf of Debtor Cheryl A. Bach attorneyeisen@yahoo.com,
               aarin96@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5