IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : Case No. 18-20766-JAD |
| Cheryl A. Bach | : |
| f/k/a Cheryl Hanych | : |
|     Debtor | : Chapter 13 |
| _____ | : |
| Cheryl A. Bach | : Related to Docket No. 64 |
|     Movant | : |
| vs. | : Scheduled Hearing Date: |
| | : May 1, 2019 at 10:00 a.m. |
| Bank of America N.A. | : |
|     Respondents | : |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO APPROVE LOAN MODIFICATION
DOCKET NO. 64**

    The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Loan Modification filed on April 4, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Loan Modification appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Approve Loan Modification were to be filed and served no later than April 21, 2019.

    It is hereby requested that the Order attached to the Motion to Approve Loan Modification be entered by the Court.

Dated: April 23, 2019                             By: /s/ Michael C. Eisen
                                                               Michael C. Eisen, Esquire
                                                                M. EISEN & ASSOCIATES, P.C.
                                                                6200 Babcock Boulevard
                                                                Pittsburgh, PA 15237
                                                                412-367-6005
                                                                PA ID# 74523
                                                                attorneyeisen@yahoo.com