**Form 202**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Cheryl A. Bach
fka Cheryl A. Hanych**
   Debtor(s)

Bankruptcy Case No.: 18–20766–JAD
Doc. No. 70
Chapter: 13
Docket No.: 73 – 70
Concil. Conf.: July 25, 2019 at 10:00 AM


**ORDER SCHEDULING DATES FOR HEARING ON
AND OBJECTION TO AMENDED PLAN DATED June 4, 2019**


     **IT IS HEREBY ORDERED** that the Debtor(s) shall *immediately* serve a copy of this order and the "Amended Chapter 13 Plan" on the Chapter 13 Trustee and all parties in interest and complete and file the enclosed Certificate of Service with the Clerk of the Bankruptcy Court.

     *On or before July 11, 2019,* all Objections must be filed and served on the Debtor, Chapter 13 Trustee, and any creditor whose claim is the subject of the Objection. *Objections which are not timely filed will not be considered.*

     *On July 25, 2019 at 10:00 AM,* a Conciliation Conference shall occur with the Chapter 13 Trustee on the Debtor's Amended Chapter 13 Plan at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

     If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.


Dated: June 5, 2019

                                                   Jeffery A. Deller
                                                   United States Bankruptcy Judge

cm: Proponent of the Amended Plan

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 18-20766-JAD
Cheryl A. Bach                                                      Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: msch                  Page 1 of 2          Date Rcvd: Jun 05, 2019
                              Form ID: 202                Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2019.
db             +Cheryl A. Bach,    5836 Shirley Drive,    Bethel Park, PA 15102-3314
cr             +Peoples Natural Gas Company LLC,     c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14783705       +Bank of America,    7105 Corporate Drive,    Plano, TX 75024-4100
14825861        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14783710       +Educational Credit Management Corp,    111 Washington Ave S, Ste 1400,
                 Minneapolis, MN 55401-6800
14811240        Educational Credit Management Corporation,     P.O. Box 16408,    St. Paul, MN 55116-0408
14783712       +Nora C. Viggiano, Esq.,    KML Law Group PC,    Ste 5000-BNY Independence Center,
                 701 Market Street,    Philadelphia, PA 19106-1538
14830991        The Bank of New York Mellon Trust Company, et al,    c/o Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
14821574        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14783706       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 06 2019 03:18:07      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
14783707       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 06 2019 03:22:01      Comenity Bank/HSN,
                 PO Box 182120,    Columbus, OH 43218-2120
14783708       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 06 2019 03:22:01
                 Comenity Bank/New York & Co.,    PO Box 182789,    Columbus, OH 43218-2789
14783709       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 06 2019 03:18:39      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
14783711       +E-mail/Text: bncnotices@becket-lee.com Jun 06 2019 03:21:50      Kohls/Capital One,
                 PO Box 3115,    Milwaukee, WI 53201-3115
14827231        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2019 03:29:26
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14826404        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2019 03:18:40
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14826497       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 06 2019 03:22:32      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14825633        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 06 2019 03:41:57
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14828079       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2019 03:19:10
                 PYOD, LLC its successors and assigns as assignee,    of Citibank (South Dakota), N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14826201        E-mail/Text: bnc-quantum@quantum3group.com Jun 06 2019 03:22:04
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14826200        E-mail/Text: bnc-quantum@quantum3group.com Jun 06 2019 03:22:04
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon Trust Company, N.A. FK
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: msch              Page 2 of 2               Date Rcvd: Jun 05, 2019
                              Form ID: 202            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2019 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A. FKA
The Bank of New York Trust Company N.A. successor in interest to JPMorgan Chase Bank, N.A. as
Trustee for the Residential Asset Mortgage Products, I bkgroup@kmllawgroup.com
        Michael C. Eisen    on behalf of Debtor Cheryl A. Bach attorneyeisen@yahoo.com,
aarin96@hotmail.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                                                                  TOTAL: 5