IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Cheryl A. Bach | ) | Case No.: 18-20766JAD |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | Related to Claim No. 7 |
| Trustee, | ) | |
| Movant, | ) | |
| Vs. | ) | |
| LVNV Funding, LLC its successors and | ) | |
| assigns as assignee of Arrow Financial | ) | |
| Services, LLC | ) | |
| Respondent(s) | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO CLAIM NO. 7

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection filed on May 7, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection appears thereon. Pursuant to the Hearing Notice, responses to the Trustee's Objection were to be filed and served no later than May 27, 2020.

5/28/2020                                        /s/ Ronda J. Winnecour

Date                                             Ronda J. Winnecour (PA I.D. #30399)
                                                 Chapter 13 Trustee
                                                 U.S. Steel Tower – Suite 3250
                                                 600 Grant Street
                                                 Pittsburgh, PA  15219
                                                 (412) 471-5566
                                                 cmecf@chapter13trusteewdpa.com