IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                        )
Cheryl A. Bach                                )        Case No.:  18-20766JAD
                                              )        Chapter 13
        Debtor(s)                             )
_____)
Ronda J. Winnecour, Chapter 13                )        Related to Claim No. 11
Trustee,                                      )
        Movant,                               )
            Vs.                               )
PYOD, LLC its successors and assigns  )
as assignee of Citibank (South Dakota), )
N.A.                                          )
        Respondent(s)                         )

CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE'S OBJECTION TO CLAIM NO._11

The undersigned hereby certifies that as of the date hereof, no answer,
objection or other responsive pleading to the Trustee's Objection filed on May 7, 2020
has been received.  The undersigned further certifies that the Court's docket in this
case has been reviewed and no answer, objection or other responsive pleading to the
Trustee's Objection appears thereon.  Pursuant to the Hearing Notice, responses to the
Trustee's Objection were to be filed and served no later than May 27, 2020.

5/28/2020                              /s/ Ronda J. Winnecour

Date                                   Ronda J. Winnecour (PA I.D. #30399)
                                       Chapter 13 Trustee
                                       U.S. Steel Tower – Suite 3250
                                       600 Grant Street
                                       Pittsburgh, PA  15219
                                       (412) 471-5566
                                       cmecf@chapter13trusteewdpa.com