IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Cheryl A. Bach | ) | Case No.: 18-20766JAD |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | Related to Claim No. 7 |
| Trustee, | ) | |
| Movant, | ) | |
| Vs. | ) | |
| LVNV Funding, LLC its successors and | ) | |
| assigns as assignee of Arrow Financial | ) | |
| Services, LLC | ) | |
| Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the Court Order filed at Document number 90 upon the following, by regular United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Resurgent Capital Services
Attn: William Andrews
P O Box 10587
Greenville, SC  29603-0587

Resurgent Capital Services
55 Beattie Place, #110
Greenville, SC  29601

5/29/2020                                          /s/Roberta Saunier

Date                                               Administrative Assistant
                                                   Office of the Chapter 13 Trustee
                                                   US Steel Tower – Suite 3250
                                                   600 Grant Street
                                                   Pittsburgh, PA  15219
                                                   (412) 471-5566
                                                   cmecf@chapter13trusteewdpa.com