IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: ) | | |
| Cheryl A. Bach ) | Case No.: 18-20766JAD | |
| ) | Chapter 13 | |
| Debtor(s) ) | | |
| _____) | | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 11 | |
| Trustee, ) | | |
| Movant, ) | | |
| Vs. ) | | |
| PYOD, LLC its successors and assigns ) | | |
| as assignee of Citibank (South Dakota), ) | | |
| N.A. ) | | |
| Respondent(s) ) | | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the Court Order filed at Document number 91 upon the following, by regular United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Resurgent Capital Services
Attn: David Lamb
P O Box 19008
Greenville, SC  29602

Resurgent Capital Services
55 Beattie Place, #110
Greenville, SC  29601


5/29/2020                                        /s/Roberta Saunier

Date                                             Administrative Assistant
                                                 Office of the Chapter 13 Trustee
                                                 US Steel Tower – Suite 3250
                                                 600 Grant Street
                                                 Pittsburgh, PA  15219
                                                 (412) 471-5566
                                                 cmecf@chapter13trusteewdpa.com