FILED
5/28/20 12:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Cheryl A. Bach<br><br>    Debtor(s)<br>_____<br>Ronda J. Winnecour, Chapter 13 Trustee,<br>    Movant,<br>        Vs.<br>LVNV Funding, LLC its successors and assigns as assignee of Arrow Financial Services, LLC<br>    Respondent(s) | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 18-20766-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 84<br><br><br>Re: Claim No. 7 |

<u>ORDER OF COURT</u>

AND NOW, this <u>28th</u> day of <u>May</u>, 2020, upon consideration of the Trustee's Objection to Claim No. 7 and any responses thereto, it is hereby ORDERED that:

(a) Claim No. 7 filed by the above captioned Respondent is disallowed in its entirety; and No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

_____
Jeffery A. Deller
U.S. Bankruptcy Judge

mas

CASE ADMINISTRATOR SHALL SERVE:
    Ronda J. Winnecour, Esquire
    Michael C. Eisen Esquire

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-20766-JAD
Cheryl A. Bach                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: lfin              Page 1 of 1              Date Rcvd: May 28, 2020
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
db             +Cheryl A. Bach,    5836 Shirley Drive,    Bethel Park, PA 15102-3314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A. FKA
               The Bank of New York Trust Company N.A. successor in interest to JPMorgan Chase Bank, N.A. as
               Trustee for the Residential Asset Mortgage Products, I bkgroup@kmllawgroup.com
              Michael C. Eisen    on behalf of Debtor Cheryl A. Bach attorneyeisen@yahoo.com,
               aarin96@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5