IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | :     CASE NO. 18-20766-JAD |
| CHERYL A. BACH | : |
| fka CHERYL A. HANYCH | : |
|     DEBTOR | :     CHAPTER 13 |
| _____ | : |
| CHERYL A. BACH | : |
|     MOVANT | :     Related to Docket No. 103 |
| | : |
| V. | : |
| PENNSYLVANIA DEPT OF LABOR & INDUSTRY: | |
|     RESPONDENT | : |

**CERTIFICATE OF SERVICE FOR THE ORDER DATED AUGUST 4, 2021 SERVED TOGETHER WITH THE 341 MEETING OF CREDITORS NOTICE AND AMENDED SCHEDULE "F"**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) AUGUST 5, 2021

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: ELECTRONIC NOTIFICATION AND FIRST CLASS MAIL

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

| | | |
|---|---|---|
| Office of the U.S. Trustee | Office of the Chapter 13 Trustee | Cheryl Bach |
| Ste 970, Liberty Center | Ste 3250, U.S. Steel Tower | 5836 Shirley Drive |
| 1001 Liberty Ave | 600 Grant Street | Bethel Park, PA 15102 |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15219 | Via first class mail |
| ustpregion03.pi.ecf@usdoj.gov | cmecf@chapter13Trusteewdpa.com | |
| Via electronic notification | Via electronic notification | |

Pennsylvania Department of Labor & Industry
Office of UC Benefits
Attn: UI Payment Services
PO Box 67503
Harrisburg, PA 17106
Via first class mail


August 5, 2021                                    By: /s/ Michael C. Eisen
                                                           Michael C. Eisen, Esquire
                                                           PA ID #74523
                                                           M. EISEN & ASSOCIATES, P.C.
                                                           404 McKnight Park Drive
                                                           Pittsburgh, PA  15237
                                                           412-367-9005
                                                           attorneyeisen@yahoo.com