IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
CHERYL A. BACH

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:18-20766 JAD

Chapter 13

Document No.:  117

FILED
5/16/23 3:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this  16th  day of  May , 20 23 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE jst

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20766-JAD |
| Cheryl A. Bach | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cheryl A. Bach, 5836 Shirley Drive, Bethel Park, PA 15102-3314 |
| 14783712 | + | Nora C. Viggiano, Esq., KML Law Group PC, Ste 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15400297 | + | Pennsylvania Dept. of Labor & Industry, Office of UC Benefits, Attn: UI Payment Services, PO Box 67503, Harrisburg, PA 17106-7503 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | May 17 2023 00:07:00 | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 17 2023 00:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14783705 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 17 2023 00:07:00 | Bank of America, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 14783706 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2023 00:13:12 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14825861 | | Email/PDF: bncnotices@becket-lee.com | May 17 2023 00:26:21 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14783707 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 17 2023 00:07:00 | Comenity Bank/HSN, PO Box 182120, Columbus, OH 43218-2120 |
| 14783708 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 17 2023 00:07:00 | Comenity Bank/New York & Co., PO Box 182789, Columbus, OH 43218-2789 |
| 14783709 | + | Email/PDF: creditonebknotifications@resurgent.com | May 17 2023 00:13:12 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14783710 | + | Email/Text: ECMCBKNotices@ecmc.org | May 17 2023 00:07:00 | Educational Credit Management Corp, 111 Washington Ave S, Ste 1400, Minneapolis, MN 55401-6800 |
| 14811240 | | Email/Text: ECMCBKNotices@ecmc.org | May 17 2023 00:07:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14783711 | + | Email/Text: PBNCNotifications@peritusservices.com | May 17 2023 00:07:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14826404 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 00:13:49 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14827231 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 00:25:56 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 14826497 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2023 00:08:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14825633 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2023 00:14:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14828079 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 00:26:20 | PYOD, LLC its successors and assigns as assignee, of Citibank (South Dakota), N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14826201 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2023 00:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14826200 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2023 00:08:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14830991 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 17 2023 00:07:00 | The Bank of New York Mellon Trust Company, et al, c/o Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14821574 | ^ | MEBN | May 17 2023 00:05:28 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon Trust Company, N.A. FK |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A. FKA The Bank of New York Trust Company N.A. successor in interest to JPMorgan Chase Bank, N.A. as Trustee for the Residential Asset Mortgage Products, I bnicholas@kmllawgroup.com |
| Michael C. Eisen | on behalf of Debtor Cheryl A. Bach attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2      User: auto      Page 3 of 3
Date Rcvd: May 16, 2023      Form ID: pdf900      Total Noticed: 23

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 5